Argued and submitted May 10, affirmed June 2, 1993

# DAVID A. OLSON,
*Appellant,*

*v.*

# Carl ZENON,
Superintendent,
Oregon State Correctional Institution,
*Respondent.*

(92C12410; CA A77883)

853 P2d 296

Garrett A. Richardson, Multnomah Defenders, Portland, argued the cause and filed the brief for appellant.

Stephanie S. Andrus, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Deits, Presiding Judge, and Riggs and Durham, Judges.

PER CURIAM

Affirmed. *Troxel v. Maass*, 120 Or App 397, 853 P2d 294 (1993).